IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLIVER C. HUDSON and : | |
| MRS. REBECCA P. HUDSON, : | |
|    Petitioners : | |
| : | No. 1:22-cv-00033 |
| v. : | |
| : | (Judge Kane) |
| STEPEHEN SPAULDING, : | |
|    Respondent : | |

## ORDER

**AND NOW,** on this 27th day of June 2022, upon consideration of the petition filed pursuant to 28 U.S.C. §§ 1651 and 2242 (Doc. No. 1), and for the reasons that are set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction;

2. Petitioner's motion to strike (Doc. No. 4) is **DENIED** as moot; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                   s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania